IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-813-KDB-DCK

| RUSSELL PFEFFER, et al., | ) |  |
|---|---|---|
| Plaintiffs, | ) |  |
| v. | ) | **ORDER** |
| BANK OF AMERICA CORPORATION, et al., | ) |  |
| Defendants. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Motion To Stay Deadline To Submit Certificate Of Initial Attorneys' Conference" (Document No. 9) filed February 29, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Motion To Stay Deadline To Submit Certificate Of Initial Attorneys' Conference" (Document No. 9) is **GRANTED**. The parties shall have up to and including **fourteen (14)** days after Defendants have responded to the Amended Complaint to file a Certificate of Initial Attorneys' Conference.

**SO ORDERED**.

Signed: March 1, 2024

David C. Keesler
United States Magistrate Judge