IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-813-KDB-DCK

| | |
|---|---|
| RUSSELL PFEFFER, FRANK CRONIN, ROGER ROJAS, MUHAMED VRLAKU, JASON AUERBACH, DAVID DESSNER, ADAM SHERMAN, GRACE BOZICK, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION and BANK OF AMERICA N.A.,<br><br>Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) filed by Jacob Wellman, concerning Barry R. Lax, on March 7, 2024. Barry R. Lax seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) is **GRANTED**. Barry R. Lax is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: March 7, 2024

David C. Keesler
United States Magistrate Judge