IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-813-KDB-DCK

| | |
|---|---|
| RUSSELL PFEFFER, FRANK CRONIN, ROGER ROJAS, MUHAMED VRLAKU, JASON AUERBACH, DAVID DESSNER, ADAM SHERMAN, GRACE BOZICK, and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION and BANK OF AMERICA N.A., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) filed by Jacob Wellman, concerning Robert R. Miller, on March 7, 2024. Robert R. Miller seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) is **GRANTED**. Robert R. Miller is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: March 7, 2024

David C. Keesler
United States Magistrate Judge