**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-813-KDB-DCK**

| | | |
|---|---|---|
| **RUSSELL PFEFFER, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **BANK OF AMERICA CORPORATION, and BANK OF AMERICA N.A.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendants' Motion To Stay Briefing On Plaintiffs' Motion For Conditional Collective Certification And Facilitated Notice Or In The Alternative Extension Of Time To Respond" (Document No. 22) filed March 29, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion as moot.

**IT IS, THEREFORE, ORDERED** that "Defendants' Motion To Stay Briefing On Plaintiffs' Motion For Conditional Collective Certification And Facilitated Notice Or In The Alternative Extension Of Time To Respond" (Document No. 22) is **DENIED as moot**. Judge Bell entered a "Case Management Order" (Document No. 23) setting deadlines for the case, including deadlines for briefing related to "Plaintiffs' Motion For Conditional Collective Certification And Facilitated Notice" (Document No. 20).

**SO ORDERED**.

Signed: April 8, 2024

David C. Keesler
United States Magistrate Judge