**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:23-CV-813-KDB-DCK**

| | | |
|---|---|---|
| **RUSSELL PFEFFER, et al.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **ORDER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **BANK OF AMERICA CORPORATION** | ) | |
| **and BANK OF AMERICA N.A.,** | ) | |
| | ) | |
| **Defendants**. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 41) filed by Local Counsel Meredith A. Pinson on July 11, 2024.

Applicant Rebecca W. Lineberry seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 41) is **GRANTED**. Rebecca W. Lineberry is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: July 11, 2024

David C. Keesler
United States Magistrate Judge