IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL CASE NO. 3:23-cv-00813-KDB-DCK

| | |
|---|---|
| RUSSELL PFEFFER, DAVID DESSNER, ADAM SHERMAN, FRANK CRONIN, ROGER ROJAS, JASON AUERBACH, GRACE BOZICK, MUHAMED VRLAKU, and ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION and BANK OF AMERICA, N.A., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## DEFENDANTS' MOTION FOR INTERLOCUTORY APPEAL AND STAY PENDING APPEAL

Pursuant to 28 U.S.C. § 1292(b), and as stated in the Memorandum of Law in Support of this Motion, Defendants Bank of America Corporation and Bank of America, N.A., by counsel, hereby move this Court to certify this Court's July 26, 2024 Order granting conditional collective certification (Doc. 49) for interlocutory appeal and to stay this action pending resolution of the appeal.

Pursuant to Local Rule 7.1(b), Defendants have conferred with Plaintiffs regarding this relief and Plaintiffs do not consent.

Respectfully submitted, this the 2nd day of August 2024.

/s/ Meredith A. Pinson
Meredith A. Pinson (N.C. Bar No. 39990)
mpinson@mcguirewoods.com
McGuireWoods LLP

201 North Tryon Street, Ste. 300
Charlotte, North Carolina 28202
704.343.2252 / 704.353.6171 (Facsimile)

Rebecca W. Lineberry (*Admitted pro hac vice*)
rlineberry@mcguirewoods.com
McGuireWoods LLP
500 East Pratt Street, Ste. 1000
Baltimore, Maryland 21202
410.659.4414 / 410.659.4475 (Facsimile)

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August 2024 a copy of the foregoing was served by electronic notification on all parties registered with this Court's CM/ECF system to receive notices for this case.

/s/ Meredith A. Pinson
Meredith A. Pinson (N.C. Bar No. 39990)