IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| RUSSELL PFEFFER, DAVID DESSNER, ADAM SHERMAN, FRANK CRONIN, ROGER ROJAS, JASON AUERBACH, GRACE BOZICK, MUHAMED VRLAKU and ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION and BANK OF AMERICA N.A.,<br><br>Defendants. | Civ No. 3:23-cv-813 |

## PLAINTIFFS' RESPONSE TO DEFENDANTS' REQUEST FOR MODIFICATION OF COURT-APPROVED NOTICE

Plaintiffs by and through their undersigned counsel hereby submit this Response to Defendants Bank of America Corporation and Bank of America N.A.'s ("Bank of America") Request for Modification of Court-Approved Notice (Doc. 53) ("Defendants' Request").

Defendants initially accused Plaintiffs of submitting Paragraph 5 of the proposed Notice in error. Plaintiffs referred Defendants to both parties' proposed Notices, none of which contained the language in Paragraph 5 disclosing to members of the collective that Named Plaintiffs and their counsel will control the litigation, and pointed out to Defendants that the Court had modified

1

Paragraph 5 itself. Defendants' Request does not offer an explanation or any basis for concluding that the Court's modification was in error.

Plaintiffs do not consent to Defendants' proposed amendment striking the language in Paragraph 5, which is consistent with the FLSA and standard in FLSA notices (*e.g. Danford v. Lowe's Home Centers, LLC, et. al.*, 5:19-CV-00041-KDB-DCK, 2019 WL 4874823 (W.D.N.C. October 2, 2019)). Plaintiffs' primary concern, however, is that there be no delay in the current schedule. In the unlikely event that Defendants are correct that the Court included the language in Paragraph 5 in error, Plaintiffs do not oppose modification provided the current schedule is unaffected.

Respectfully submitted,

Dated: August 5, 2024

| **Teague Campbell Dennis & Gorham, LLP** | **Lax & Neville, LLP** |
|---|---|
| /s/ *Jacob Wellman* | /s/ *Barry R. Lax* |
| Jacob Wellman | Barry R. Lax |
| 4700 Falls of Neuse Road | 350 Fifth Ave. |
| Suite 450 | Suite 4640 |
| Raleigh, NC 27609 | New York, NY 10118 |
| Telephone: 919.719.4734 | Telephone: 212-696-1999 |
| Facsimile: 919.873.1814 | Facsimile: 212-566-4531 |
| Email: JWellman@teaguecampbell.com | Email: blax@laxneville.com |
| | *Admitted Pro Hac* |
| | |
| *Local Counsel to Plaintiffs* | *Attorneys for Plaintiffs* |
| *Russell Pfeffer, David Dessner,* | *Russell Pfeffer, David Dessner,* |
| *Adam Sherman, Frank Cronin,* | *Adam Sherman, Frank Cronin,* |
| *Roger Rojas, Jason Auerbach,* | *Roger Rojas, Jason Auerbach,* |
| *Grace Bozick, Muhamed Vrlaku* | *Grace Bozick, Muhamed Vrlaku* |
| *and all others similarly situated* | *and all others similarly situated* |