IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-813-KDB-DCK

| | | |
|---|---|---|
| **RUSSELL PFEFFER, et al.,** | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| **BANK OF AMERICA CORPORATION,** | ) | |
| and **BANK OF AMERICA N.A.,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 127) filed by Local Counsel Meredith A. Pinson on January 27, 2025.

Applicant Elena D. Marcuss seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 127) is **GRANTED**. Elena D. Marcuss is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: January 27, 2025

David C. Keesler
United States Magistrate Judge